

**ALEXIS G. PADILLA**
**Attorney at Law**
575 Decatur Street #3
Brooklyn, NY 11233
Tel. 917 238 2993
alexpadilla722@gmail.com

December 4, 2019

Hon. George B. Daniels
District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Re: Kim Carl v. City of Yonkers, et al.
18 CV 1217 (GBD)

Dated: DEC 0 5 2019

Your Honor:

My office represents the plaintiff, Kim Carl, in the above-referenced matter. I write on behalf of the parties to respectfully request an extension of time to file the proposed Joint Pre-Trial Order, which is currently due this Friday, December 6, 2019. The parties respectfully request that the time to file the proposed order be extended until December 27, 2019. The basis for this request is that I am currently engaged on trial in a felony criminal matter (People of the State of New York v. Anthony Smith, Queens Ind. No. 970/2018, Hon. Justice Stephanie L. Zaro, presiding) and need more time to prepare plaintiff's portion of the JPTO. This is the first request for an extension of time to file the proposed order. The parties thank the Court in advance for its time and attention to this matter.

Respectfully submitted,

/s/

*Alexis G. Padilla, Esq.*

Cc: **BY ECF**
Rory McCormick, Esq.
Office of the Corporation Counsel, City of Yonkers
Attorneys for Defendants