UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

KIM CARL

                         Plaintiff,

*-against-*

CITY OF YONKERS, et al.

                         Defendants.

------------------------------------------------------------X

Index No.: 18 cv 1217 (GBD)

**ORDER**

**HAVING ORDERED** that KIM CARL, the plaintiff in the above-captioned matter will be in the custody of the U.S. Marshalls for the duration of trial in this matter; and

**HAVING FOUND** that trial in this matter is scheduled to begin on Monday, February 24, 2020; and

**HAVING FOUND** that plaintiff is entitled to appear in proper court attire;

**IT IS HEREBY ORDERED** that plaintiff's counsel be allowed to provide plaintiff with clothing, including a suit jacket, one pair of pants, one shirt, a necktie, one pair of socks and shoes.

Dated: February 20, 2020
New York, NY

FEB 2 1 2020
So Ordered: _____
Hon. George B. Daniels, U.S.D.J.