**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

KIM CARL,

                          Plaintiff,

        -against-

SERGEANT ANDREW LANE,
SERGEANT OTON UKAJ,
POLICE OFFICER LASHANNEN HOGUE,
POLICE OFFICER JASON PHILLIPS, POLICE
OFFICER ALEXANDER BESS and POLICE
OFFICER TADEUSZ TROJANOWSKI,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>ORDER</u>

18 Civ. 1217 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendants' oral application pursuant to Federal Rule of Civil Procedure 50 for judgment

as a matter of law following a jury trial in this action is GRANTED. The Court of Clerk is directed

to close this case accordingly.

Dated: New York, New York
       February 26, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge