USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KIM CARL,

                Plaintiff,

18 **CIVIL** 1217 (GBD)

-against-

**JUDGMENT**

SERGEANT ANDREW LANE, SERGEANT OTON UKAJ, POLICE OFFICER LASHANNEN HOGUE, POLICE OFFICER JASON PHILLIPS, POLICE OFFICER ALEXANDER BESS and POLICE OFFICER TADEUSZ TROJANOWSKI,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 26, 2020, Defendants' oral application pursuant to Federal Rule Civil Procedure 50 for judgment as a matter of law following a jury trial in this action is granted; judgment is hereby entered, and the case is closed.

**Dated:** New York, New York
         February 27, 2020

                                      RUBY J. KRAJICK
                                      Clerk of Court
               BY:
                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/27/2020